1  Roger M. Schrimp, Cal. Bar No. 039379
   Clinton P. Walker, Cal. Bar No. 151560
2  DAMRELL, NELSON, SCHRIMP,
     PALLIOS, PACHER & SILVA
3  1601 I Street, Fifth Floor
   Modesto, CA 95354
4  Telephone:  (209) 526-3500
   Facsimile:   (209) 526-3534
5
   Vincent Briganti
6  LOWEY, DANNENBERG, COHEN & HART
   White Plains Plaza
7  One North Broadway
   White Plains, NY 10601-2310
8  Telephone:  (914) 733-7221
   Facsimile: (914) 997-0035
9
   Attorneys for Defendant,
10 A.L. Gilbert Company, Inc.,
   a California corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRTICT OF CALIFORNIA

| BIO-LIVESTOCK INTERNATIONAL, INC., | Case No.   1:10-CV-01439-LJO-SKO |
|---|---|
| Plaintiff, | **ORDER ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| vs. | |
| A.L. GILBERT COMPANY, INC., | |
| Defendant. | |

GOOD CAUSE APPEARING, Messrs. Briganti and Papp, and the law firm of Lowey Dannenberg Cohen & Hart, P.C., may withdraw as attorney of record herein and the Clerk of the Court is instructed to remove them from the ECF system with respect to the above-captioned

1

ORDER ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD

*Damrell*
*Nelson*
*Schrimp*
*Pallios*
*Pacher &*

1 litigation.  Defendant A.L. Gilbert Company, Inc. will continue to be represented by Roger M.

2 Schrimp, Clinton P. Walker and the law firm of Damrell, Nelson, Schrimp, Pallios, Pacher & Silva.

IT IS SO ORDERED.

Dated:  **August 19, 2010**              **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE

*Damrell*
*Nelson*
*Schrimp*
*Pallios*
*Pacher &*

2

**ORDER ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD**