UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIO-LIVESTOCK INTERNATIONAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> A.L. GILBERT CO., INC. ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: 1: 10-CV-01439 LJO  JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT |

On April 29, 2011, counsel provided notice that the parties have reached a settlement of the matter. Pursuant to Local Rule 160(b), no later than June 3, 2011, Plaintiff is **ORDERED** to file the appropriate papers to dismiss this action in its entirety.

All pending dates are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. See Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated:  **April 29, 2011**                                         /s/ Jennifer L. Thurston
                                                                                    UNITED STATES MAGISTRATE JUDGE