UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BIO-LIVESTOCK INTERNATIONAL                    CASE NO. CV-F-10-1439 LJO JLT

                        Plaintiff,              **ORDER TO DISMISS AND CLOSE**

        vs.

A.L. GILBERT CO., INC.

                        Defendant.
_____ /

        On June 14, 2011, the parties filed their stipulation of dismissal with prejudice in the above-entitled action.  Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED.  All dates are VACATED. The clerk is directed to CLOSE the action.

IT IS SO ORDERED.

**Dated:    June 15, 2011**            _____/s/ Lawrence J. O'Neill_____
                                        UNITED STATES DISTRICT JUDGE